IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KAY F. GOW

    Petitioner,

v.                                             Case No. 5:23cv146/MCR/MAL

BARRY WINGFIELD,
WARDEN F.C.I. MARIANNA

    Respondent.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 1, 2024.  ECF No. 10.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have conducted a <u>de novo</u> review of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this order.

2.    Petitioner's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2241, ECF No. 2, is **dismissed**.

3. Respondent's Motion to Dismiss for Failure to Exhaust Administrative Remedies and Failure to Establish Subject Matter Jurisdiction, ECF No. 8, is denied as moot.

4. The clerk shall close the case file.

**DONE and ORDERED** this 4th day of June 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:23cv146/MCR/MAL